IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

GARY V. JERNIGAN,

    Plaintiff,                        No. CIV S-07-0133 WBS GGH P

    vs.

CALIFORNIA DEPARTMENT OF
CORRECTIONS & REHABILITATION,
et al.,

    Defendants.                ORDER

_____/

        Plaintiff is a state prisoner proceeding pro se. Plaintiff seeks relief pursuant to 42 U.S.C. § 1983 and has requested leave to proceed in forma pauperis pursuant to 28 U.S.C. § 1915. This proceeding was referred to this court by Local Rule 72-302 pursuant to 28 U.S.C. § 636(b)(1).

        Plaintiff has submitted a declaration that makes the showing required by 28 U.S.C. § 1915(a). Accordingly, the request to proceed in forma pauperis will be granted.

        Plaintiff is required to pay the statutory filing fee of $350.00 for this action. 28 U.S.C. §§ 1914(a), 1915(b)(1). An initial partial filing fee of $4.62 will be assessed by this order. 28 U.S.C. § 1915(b)(1). By separate order, the court will direct the appropriate agency to collect the initial partial filing fee from plaintiff's trust account and forward it to the Clerk of the

1  Court.  Thereafter, plaintiff will be obligated for monthly payments of twenty percent of the
2  preceding month's income credited to plaintiff's prison trust account.  These payments will be
3  forwarded by the appropriate agency to the Clerk of the Court each time the amount in plaintiff's
4  account exceeds $10.00, until the filing fee is paid in full.  28 U.S.C. § 1915(b)(2).
5         Plaintiff filed his original complaint on January 19, 2007.  Prior to the court's
6  screening the original complaint, plaintiff filed an amended complaint on March 29, 2007.  The
7  Federal Rules of Civil Procedure provide that a party may amend his or her pleading "once as a
8  matter of course at any time before a responsive pleading is served."  Fed. R. Civ. P. 15(a).
9  Therefore, this action now proceeds on the amended complaint.
10         The amended complaint states a cognizable claim for relief pursuant to 42 U.S.C.
11  § 1983, to Title II of the Americans with Disabilities Act (ADA), 42 U.S.C. § 12102, et seq., and
12  28 U.S.C. § 1915A(b).  If the allegations of the complaint are proven, plaintiff has a reasonable
13  opportunity to prevail on the merits of this action.
14         In accordance with the above, IT IS HEREBY ORDERED that:
15         1.  Plaintiff's request for leave to proceed in forma pauperis is granted.
16         2.  Plaintiff is obligated to pay the statutory filing fee of $350.00 for this action.
17  Plaintiff is assessed an initial partial filing fee of $4.62.  All fees shall be collected and paid in
18  accordance with this court's order to the Director of the California Department of Corrections
19  and Rehabilitation filed concurrently herewith.
20         3.  Service is appropriate for the following defendants: California Department of
21  Corrections and Rehabilitation (CDCR); N. Grannis; M. Hamilton; L.E. Oakley; B. Gentry; B.
22  Anderson; D. Viale.
23         4.  The Clerk of the Court shall send plaintiff seven (7) USM-285 forms, one
24  summons, an instruction sheet and a copy of the amended complaint filed March 29, 2007.
25         5.  Within thirty days from the date of this order, plaintiff shall complete the
26  attached Notice of Submission of Documents and submit the following documents to the court:

        a. The completed Notice of Submission of Documents;

        b. One completed summons;

        c. One completed USM-285 form for each defendant listed in number 3 above; and

        d. Eight (8) copies of the endorsed amended complaint filed March 29, 2007.

    6. Plaintiff need not attempt service on defendants and need not request waiver of service. Upon receipt of the above-described documents, the court will direct the United States Marshal to serve the above-named defendants pursuant to Federal Rule of Civil Procedure 4 without payment of costs.

DATED: 6/26/07

                                              /s/ Gregory G. Hollows

                                              GREGORY G. HOLLOWS
                                              UNITED STATES MAGISTRATE JUDGE

GGH:009:bb
jern0133.1

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

GARY V. JERNIGAN,

        Plaintiff,                    No. CIV S-07-0133 WBS GGH P

    vs.

CALIFORNIA DEPARTMENT OF
CORRECTIONS & REHABILITATION,
et al.,                                NOTICE OF SUBMISSION

        Defendants.            OF DOCUMENTS

_____/

        Plaintiff hereby submits the following documents in compliance with the court's order filed _____:

        __One__    completed summons form

        __Seven__    completed USM-285 forms

        __Eight__    copies of the __March 29, 2007__
                                       Amended Complaint

DATED:

                                                    _____
                                                    Plaintiff