IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GARY V. JERNIGAN,<br><br>　　　　　　　　　　Plaintiff,<br><br>　　v.<br><br>CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION, et al.,<br><br>　　　　　　　　　　Defendants. | 2:07-CV-0133 WBS GGH P<br><br>**ORDER GRANTING DEFENDANTS' REQUEST FOR EXTENSION OF TIME TO FILE RESPONSIVE PLEADING** |

　　　On October 15, 2007, Defendants filed a request for an extension of time to file their responsive pleading, with a supporting declaration of Tania H. Colderbank.

　　　**FOR GOOD CAUSE SHOWN**, all Defendants are granted an extension of time, up to and including November 22, 2007, in which to file their responsive pleading or other motion.

Dated: 10/17/07

　　　　　　　　　　　　　　　　　　　/s/ Gregory G. Hollows
　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　U.S. Magistrate Judge

jern0133.po

[Proposed] Order Granting Defendants' Request for Extension of Time to File Responsive Pleading

1