IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GARY V. JERNIGAN,<br><br>             Plaintiff,<br><br>     v.<br><br>CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION, et al.,<br><br>             Defendants. | 2:07-CV-0133 WBS GGH P<br><br>**ORDER GRANTING DEFENDANTS' SECOND REQUEST FOR EXTENSION OF TIME TO FILE RESPONSIVE PLEADING** |

   On November 16, 2007, Defendants filed a request for a second extension of time to file their responsive pleading, with a supporting declaration of Tania H. Colderbank.

   FOR GOOD CAUSE SHOWN, Defendants are granted an extension of time, up to and including December 21, 2007, in which to file their responsive pleading or other motion. No further extension.

Dated: 11/21/07                                         /s/ Gregory G. Hollows
                                                                U.S. MAGISTRATE JUDGE

jern0133.po2

[Proposed] Order Granting Defendants' Request for Extension of Time to File Responsive Pleading
1