IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

GARY V. JERNIGAN,

        Plaintiff,                  No. CIV S-07-0133 WBS GGH P

    vs.

CALIFORNIA DEPARTMENT OF
CORRECTIONS & REHABILITATION,
et al.,

        Defendants.            <u>ORDER</u>

_____/

        Defendants filed a motion to dismiss this prisoner civil rights action as barred by the three strikes provision of the Prison Litigation Reform Act (28 U.S.C. § 1915(g)).  In response, plaintiff filed a statement of non-opposition to the motion to dismiss, voluntarily acceding to dismissal of this action without prejudice.  Pursuant to Fed. R. Civ. P. 41(a), the action is dismissed.

        Accordingly, the Clerk of Court shall close this case.

DATED: 02/26/08

/s/ Gregory G. Hollows

GREGORY G. HOLLOWS
UNITED STATES MAGISTRATE JUDGE

GGH:009
jern0133.59ggh